U.S.

V.

GEORGE ANTHONY GUTIERREZ

(1)

DATE MARCH 17, 2005

CR CASE NO #01-331
ADM/AJBS

RECEIVED
BY MAIL
MAR 21 2005
CLERK US DIST COURT
MINNEAPOLIS MN

Ammendment
To Motion
Rule 33(B) newly discovered Evidence And Rule 60(B)3 Also violations of Fourth Ammendment rights of Due Process, Fifth Ammendment rights (prosecutorial misconduct), Sixth Ammedment rights (Ineffective assistance By Appointe counsel).

Reference: more supporting Evidence

(1) DEA Report of Investigation
Steve NusBaum And DEA supervisor James Baker
(2) Ramsey county Sheriffs Dept. narcotic unit Investigative Report Signed By Pete Eastmen
Ramsey county Sheriffs Dept.
(3) Ramsey county Sheriffs dept ~~[illegible]~~ narcotics unit Investigative Report Signed By Pete Eastmen
(4) Fugitive Task Force member committing Fraud And perjury in Report on 11, oct page (1) Stating That At Appromitely 4:15 pm They Broke door down At Residence meanwhile Pete Eastmen gave Valerie at residence And Inventory And property Sheet At 4:00 pm on 11, oct. who Also committed fraud And perjury!

SCANNED
MAR 21 2005
U.S. DISTRICT COURT MPLS

(2)

Amendment To page (1) of motion

(5) Federal Bureau of Investigation Report
Approved By Louen Kyle A
Drafted By Boll David J.
CASE NO #. 62E-mp-60402
David J Boll states on Oct 10, 2001
I was arrested This time He's telling
The Truth?

I would state to the court Allmost all officers Involved in my arrest Try to conceal There Fraud and perjury on my Actual arrest. I can only Imagine How far They the so called Honest officers covered This whole case up! U.S. Marshalls FBI Fugitive Task Force member David Boll ST Paul. PD ~~Pete~~ Eastmen. Mark postudusek warrants U.S. Marshall Service I called mark postudusek and told Him of Fraud on search and siezure. I called in middle of Febuary of This year well He cut me off real fast on phone conversation. I asked Him to look up date of arrest He Had computer Right There. But said He Had to go! I Truly Believe Mark postuduset covered up my case And committed Fruad as well!

(3)

Ammendment To pg 2 of Motion

(6) ON pg (1) of David Boll Report it looks to BE tampered with you can clearly SEE A Black line under No 1 sign It looks like He cut top strip And Inserted in copy machine top part to match Bottom part But not sequence of numbers 1, 2, 3

(7) Pete Eastmen ~~[illegible]~~ didn't stop committing fraud And Perjury Where my "supposedly" signature on Ramsey County Sheriff's dept Interview Sheet He probably whited out Date of Oct 10, 2001 And put Oct 11, 2001 Why is page upside down? pg 11 it say's?

Respectfully submitted,

GEORGE ANTHONY GUTIERREZ
Reg no # 43840-080
Federal Correctional Institution
P.O. Box 1000
Oxford, WI
53952

P.S.
Copys of Evidence Attached

filling,
= PRO SE