CR01-331 ADM/AJB

U.S. Department of Justice
Drug Enforcement Administration

# REPORT OF INVESTIGATION



| | | | |
|---|---|---|---|
| 1. Program Code | 2. Cross File / Related Files | 3. File No. IJ 02-0007 | 4. G-DEP Identifier [redacted] |
| 5. By: S/SA Nusbaum, INS/DEATF<br>At: Minneapolis/St Paul DO | | 6. File Title<br>GUTIERREZ, George | |
| 7. ☐ Closed ☐ Requested Action Completed<br>☐ Action Requested By: | | 8. Date Prepared<br>10/18/01 | |
| 9. Other Officers: See Details Section | | | |
| 10. Report Re: Execution of search and arrest warrants at 13831 Echo Park Drive, Burnsville, MN, arrest to George GUTIERREZ, and aquisition of Exhibits 1 through 6 | | | |

## DETAILS

1. On October 10, 2001, officers of the Ramsey County Sheriff's Office and other officers (see witnesses section) executed an arrest warrant for George Anthony GUTIERREZ and a search warrant at his residence at 13831 Echo Park Court, Burnsville, Minnesota. The arrest warrant was issued by a US District Court Judge in Texas. The search warrant was a Minnesota State narcotics warrant.

2. Recovered during the execution of the search warrant were approximately 1181 grams of suspected methamphetamine, 676.1 grams of suspected cocaine, and 460 grams of suspected marijuana. Additionally, a Glock 9mm handgun and about $4,753.00 US Currency were recovered.

3. Details of the search and arrest are detailed in the report of Deputy Peter Eastman, Case # 01-26574, attached.

4. On October 18, 2001, GUITERREZ was taken into custody by virtue of a warrant issued by US Magistrate Judge E.S. Swearingen. He had an initial appearance before US Magistrate Judge Cudd on the same date and was ordered detained.

5. Present during the execution of this warrant were Deputy Peter Eastman and Deputy Brad Otremba, Ramsey County Sheriff's Office; Dave Boll, FBI Fugitive Task Force, and S/A Bret Braaten, US Customs Service.

| | | |
|---|---|---|
| 11. Distribution:<br>Division Cihcago DIG L2<br>District<br>Other HQ SARI | 12. Signature (Agent) | 13. Date 10/18/01 |
| | 14. Approved (Name and Title) James Baker<br>James Baker, Group Supervisor | 15. Date 10/25/01 |

DEA Form -6
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

sen/ij 02-0007/arrest seizure/10-18-01
1 - Prosecutor

This report is the property of the Drug Enforcement Administration...

SCANNED
MAR 21 2005
U.S. DISTRICT COURT MPLS

0000002

(Rev. 08-28-2000)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE **Date:** 10/18/2001

**To:** Minneapolis **Attn:** IA Worley

**From:** Minneapolis
Squad 6/Minnesota Violent Crime/Fugitive Task Force

**Approved By:** Loven Kyle A

**Drafted By:** Boll David J:meb

**Case ID #:** 62E-MP-60402

**Title:** GUTIERREZ, GEORGE, ANTHONY, aka
Tony LNU;
U.S. Marshal's Service/U.S. Customs
Fugitive Matter

**Synopsis:** Request to close fugitive case.

**Enclosure(s):** FD-302 regarding arrest of captioned subject.

**Details:** It is recommended that captioned matter be closed due to arrest of captioned subject.

On 10/11/2001, Minnesota Violent Crime/Fugitive Task Force (MVCFTF) members arrested captioned subject with the assistance of agents of U.S. Customs and deputies of the U.S. Marshals and Ramsey County (Minnesota) Sheriff's Department. The arrest occurred at a private residence located at 13831 Echo Park Court in Burnsville, Minnesota. A narcotics search warrant was executed at the address subsequent to the arrest of captioned subject. Approximately four pounds of narcotics and a semi-automatic handgun were recovered from the residence.

Captioned subject was booked at the Ramsey County Jail Annex located in St. Paul, Minnesota, pursuant to U.S. Customs and U.S. Marshals warrants for narcotics and money laundering, as well as state narcotics charges.

The enclosed FD-302 details the arrest of captioned subject.

♦♦

# RAMSEY COUNTY SHERIFF'S DEPARTMENT
## NARCOTICS UNIT
## INVESTIGATIVE REPORT

**CASE NUMBER:**
01-26574

**SYNOPSIS:**
This report was written by Deputy Peter James Eastman, of the Ramsey County Sheriff's Department, Narcotics Unit. It pertains to a narcotics search warrant at the address of 13831 Echo park Court, Burnsville, Minnesota, and the arrest of Gregory Antonio Gutierrez, DOB: 05/04/55.

**OFFICERS INVOLVED:**
Deputy Peter Eastman, RCSO
Deputy Brad Otremba, RCSO
Officer Dave Boll, FBI-Fugitive Task Force
Additional members of the Fugitive Task Force, U.S. Customs Service, And U.S. Marshals Service

**NARRATIVE:**
On October 10, 2001, Deputies/Officers executed an arrest warrant and a search warrant at the above addresses. Members of the Fugitive Task Force/U.S. Customs Service/ and U.S. Marshals Service made entry into the residence while myself and Deputy Otremba secured the rear exterior of the residence. Once entry was made and the residence was secured myself and Deputy Otremba entered the residence. Inside the residence 2 adults, and their 2 small children were located, (George Anthony Gutierrez, DOB: 05/04/55, and Valarie Maria Owens, DOB: 05/28/71). I supplied Owens and Gutierrez a copy of my search warrant, and we began a hand search. The following items were located in the apartment:

1) PE#1- $753.00 U.S. Currency, from Gutierrez.
2) PE#2- Wallet and ID to Gutierrez, from Gutierrez.
3) PE#3- Knife, from Gutierrez.
4) PE#4- Fanny pack and misc. contents belonging to Gutierrez, from kitchen table.
5) PE#4A- 10 keys, from PE$4, (2 of which fir the lock on PE#5).
6) PE#5- Spalding back pack, in hall closet.
7) PE#5A- Plastic bag of Methamphetamine, 99.0 grams, from PE#5.
8) PE#5B- Plastic bag of Methamphetamine, 89.3 grams, from PE#5.
9) PE#5C- Plastic bag of Cocaine, 18.1 grams, from PE#5.
10) PE#5D- Plastic bag of Cocaine, 658.0 grams, from PE#5.
11) PE#5E- Plastic bag of Methamphetamine, 933.0 grams, from PE#5.
12) PE#5F- Plastic bag of Marijuana, 460.4 grams, from PE#5.
13) PE#6- Brief case, from behind couch in livingroom.
14) PE#6A- Misc. books and notes on Meth cooking, hiding your identify, dope notes, and receipts to Gutierrez, from PE#6.
15) PE#6B- 9mm Glock handgun, serial number HZ166US, from PE#6.
16) PE#6C- Misc. jewelry, necklace, pendant, ring, from PE#6.
17) PE#6D- $4000.00 U.S. Currency, form PE#6.
18) PE#7- 1 large blue duffel bag, from master bedroom closet.
19) PE#8- 4 watches, from kitchen.
20) PE#9- 2 cell phones, from kitchen.
21) PE#10- Misc. money orders.

While we were searching the residence Officer Boll transported Gutierrez to the Ramsey County Jail Annex. I supplied Owens her rights to protection against self incrimination, which Owens stated that she understood and wished to speak with an attorney. I supplied Owens with an inventory of the items

recovered in the search warrant, my business card, and an advisement that I would not be taking her to jail at this time so she could take care of her children. Myself and Deputy Otremba then cleared the scene.

I then went to the Ramsey County Jail Annex to interview Gutierrez. I read to Gutierrez his rights to protection against self incrimination, which Gutierrez stated that he understood, initialed and signed. Gutierrez stated that he wished to speak with an attorney. While I was attempting to read Gutierrez his rights to protection, Gutierrez asked if I had arrested Maria, I stated that I did not and he stated that she had nothing to do with this, and that if she knew what he was doing she would not let him see the little boy anymore. After indicating that Gutierrez wished to speak to an attorney, Gutierrez again stated that he was to blame for everything, that he would take the rap for it and that she had nothing to do with it. I terminated the interview at this time, and supplied Gutierrez a notice of seizure and intent to forfeit property, and my business card.

All items recovered in the search warrant were turned into the Ramsey County Sheriff's Department Property Room or the Ramsey County Sheriff's Department Crime Lab, (see inventory sheet, and lab report attached).

Deputy Peter James Eastman
Ramsey County Sheriff's Department
Narcotics Unit
Badge #149, P.O.S.T. #8214

# RAMSEY COUNTY SHERIFF'S DEPARTMENT
## NARCOTICS UNIT
## INVESTIGATIVE REPORT

**CASE NUMBER:**
01-26574

**SYNOPIS:**
This report was written by Deputy Peter James Eastman, of the Ramsey County Sheriff's Department, Narcotics Unit. It pertains to a narcotics search warrant at the address of 13831 Echo park Court, Burnsville, Minnesota, and the arrest of Gregory Antonio Gutierrez, DOB: 05/04/55.

**OFFICERS INVOLVED:**
Deputy Peter Eastman, RCSO
Deputy Brad Otremba, RCSO
Officer Dave Boll, FBI-Fugitive Task Force
Additional members of the Fugitive Task Force, U.S. Customs Service, And U.S. Marshals Service

**NARRATIVE:**
Found on the person of Gregory Antonio Gutierrez, DOB: 05/04/55, when he was arrested on October 10, 2001, was $753.00 U.S. Currency. Of the $753.00 U.S. Currency, $500.00 U.S. Currency is money that I had had used in a controlled buy of Cocaine from Gutierrez prior to the execution of this search warrant.

The following is a list of the serial numbers from the money recovered from Gutierrez, that match the serial numbers of the money spent in the controlled buy of Cocaine from Gutierrez:
$100-AB32309747N
$100-AB80094314S
$100-AI18084395A
$100-AI28939014A
$20-AG66450474E
$20-AB80959819D
$20-AI01668937B
$20-AI55912304A
$20-AI73423555A

The above money is in the Ramsey County Property room under PE#1.

Deputy Peter James Eastman
Ramsey County Sheriff's Department
Narcotics Unit
Badge #149, P.O.S.T. #8214

62E-MP-60402
DB:rkg

Not sequenced

cut line

1

The following investigation was conducted by Minnesota Violent Crime/Fugitive Task Force (MVCFTF) member David J. Boll:

On October 11, 2001, MVCFTF member Boll was contacted by Ramsey County Sheriff's Office (RCSO) Deputy Peter Eastman who advised MVCFTF member Boll that he had obtained a no knock search warrant for the residence of 13831 Echo Park Court in Burnsville, Minnesota. Deputy Eastman and MVCFTF member Boll had previously agreed that any investigative efforts at the aforementioned residence would be coordinated so that the search warrant for the residence was served at a time when captioned subject George Anthony Gutierrez, date of birth May 21, 1955, was present at the address. A meeting place and time were established in the vicinity of the target address. RCSO Deputy Brad Otremba was already conducting surveillance of the target address.

MVCFTF member Boll contacted SA Brett Bratten of the U.S. Customs Service and Deputy U.S. Marshal (DUSM) Mark Postudensek of the U.S. Marshals Service in Minneapolis and informed them of the meeting. Special Agent (SA) Doug Lund of U.S. Customs Service accompanied SA Bratten. DUSM Christopher Connelly accompanied DUSM Postudensek. Participating law enforcement personnel were briefed at the meeting point. A no knock entry was authorized by the search warrant. It was deemed prudent to exercise that option due to the fact that Gutierrez was known to carry a Glock 9 millimeter semiautomatic handgun according to one of the informants utilized in the case. It was decided that the MVCFTF members would serve as the entry team, and the other personnel would hold the perimeter of the target residence.

(At approximately 4:15 p.m.,) MVCFTF members made entry to the target residence utilizing a battery ram to compromise the front entry door, which was locked. The entry team encountered George Anthony Gutierrez directly inside of the front door and ordered him to get down on the floor, which he did. He was arrested without incident. The only other people present in the residence were captioned subject's girlfriend, Valerie Marie Owens, and her two male children, A.J., age approximately nine years, and Georgie, age approximately two years. Captioned subject is believed to be the father of Valerie Owens' youngest son.

MVCFTF member Boll recovered a wallet from the person of George Gutierrez. The wallet contained cash later counted as $753, two picture identification cards, a Sprint PCS phone card number 6038020716858791, a GE phone card number 6567393433, and

NOT SEQUENCED 2 IS HIGHER THAN pg 1)

62E-MP-60402

look At cont line



miscellaneous papers. Both identification cards bore the photo likeness of captioned subject. One ID was a Mexican chauffeurs license in the name of Juan Antonio Leon Garza with an address of Tarahumara, Number 178, Viya Nueva, Chihuahua, Chihuahua, Mexico. The other ID was an Oklahoma Native American drivers license number 080289766 issued September 12, 2000, in the name of Gregorio Anthony Gutierrez, date of birth May 21, 1955, with an address to general delivery in Eagleton, Oklahoma 74734. The wallet and contents were later turned over to Deputy Eastman for disposition.

Two photo identification cards bearing the photo likeness of Valerie Marie Owens were found on a dresser in the upstairs bedroom by MVCFTF member Boll. The first identification card was a Texas state drivers license in the name of Valerie Maria Owens with an address of 119 Antrim, San Antonio, Texas 78218. The second identification card was a resident alien ID in the name of Maria Martinez, with a date of birth of June 18, 1972.

After the residence was secured a search was conducted. The search yielded 2.5 pounds of suspected controlled substance which was field tested by Deputy Eastman and tested positive as methamphetamine. An additional 1.5 pounds of suspected controlled substance was also field tested by Deputy Eastman and tested positive as cocaine. In addition to the $753 recovered from the wallet of captioned subject, another $4,000 cash and a loaded Glock 9 millimeter semiautomatic handgun were found in a briefcase in the residence. All of the items of evidence were retained by Deputy Eastman for disposition.

MVCFTF members Otterson and Boll departed the residence with captioned subject en route to the Ramsey County Jail while other personnel completed the search of the target residence. While en route to the Ramsey County Jail captioned subject inquired as to whether or not his wife, referring to Valerie Owens, was going to be arrested. MVCFTF member Boll responded that the decision on whether or not Valerie Owens was going to be arrested would be up to Deputy Eastman and the officers still at the scene. Captioned subject then asked what, if anything, would (Valerie Owens) be arrested for? MVCFTF member Boll responded that drugs and a handgun had been recovered in the residence and that she could be charged with possession of those items. Captioned subject then remarked that he took full responsibility for the drugs and the gun, and that she, referring to Valerie Owens, had nothing to do with them. He then remarked that she (Valerie Owens) did not know anything about any of that. Upon arrival at the Ramsey County Jail Annex captioned subject was

TOTAL P.11

CN 01-26574

RAMSEY COUNTY SHERIFF'S DEPARTMENT

DATE 10/11/01 TIME OF INTERVIEW 1850

NAME Gregory Antonio Gutierrez

AGE 46 DOB 5-21-55 MARITAL STATUS C.L.

ADDRESS 13831 Echo Park. Ct. - Burnsville, MN PHONE (651) 210-7088

EMPLOYED BY Unemployed

ADDRESS ______ PHONE ______

EDUCATION: LAST GRADE COMPLETED 2 college SCHOOL U. of Tex El. Pas.

You have the rights to protection against self-incrimination listed below. Please read along with the Deputy, and initial each statement if you understand it.

1. You have the right to remain silent and refuse at any time to answer any questions asked by a Deputy Sheriff.

2. Anything you do or say can be used against you.

3. You have the right to talk to a lawyer and to have the lawyer with you during any questioning.

4. If you cannot afford a lawyer, one will be appointed for you, and you may remain silent until you have talked to him or her.

The above statements have been read to me. I have initialed each paragraph to show that I understand each of my rights.

Signature

DEPUTY Eastman DATE 1855 TIME COMPLETED ______