AO 243 (Rev. 2/95)

**PETITION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

| UNITED STATES DISTRICT COURT | District: MINNEAPOLIS MINNESOTA | |
|---|---|---|
| Name of Movant: GEORGE ANTHONY GUTIERREZ | Prisoner No.: 43840-080 | Case No.: 01-331 ADM/AJB |
| Place of Confinement: FCI oxford WI | | CV 05-855 ADM |

UNITED STATES OF AMERICA v. GEORGE ANTHONY GUTIERREZ
(name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack MINNEAPOLIS U.S COURTHOUSE / MINNESOTA

2. Date of judgment of conviction NOVEMBER 26, 2002

3. Length of sentence 25 YEARS

4. Nature of offense involved (all counts) POSSESION of METH, COCAINE, AND A GUN.

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☐ N/A
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details: WENT TO TRIAL AND CONVICTED BY JURY

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☑
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☑ No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☑ No ☐

SCANNED
APR 29 2005
U.S. DISTRICT COURT ST. PAUL

AO 243 (Rev. 2/95)

9. If you did appeal, answer the following:

(a) Name of court 8TH CIRCUIT COURT of APPEALS ST Louis MO.

(b) Result DENIED 2 AGAINST 1

(c) Date of result DECEMBER 18, 2003

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?

Yes ☑ No ☐

11. If your answer to 10 was "yes," give the following information:

(a) (1) Name of court SUPREME COURT

(2) Nature of proceeding DENIED AGAIN

(3) Grounds raised VI AMMENDMENT violation: INAFECTIVE ASSITANCE By STAND-By COUNSEL for INTERFERRING in my CASE AND Soliciting INFORMATION WHAT my WITNESS WAS going to Testify Too! THEN going to PROSECUTOR AND COURT AND TELLING THEM my WITNESS CANNOT TESTIFY! STAND-By COUNSEL "gutted" my CASE in His words to the COURT!

(4) Did you receive an evidentiary hearing on your petition, application or motion?

Yes ☐ No ☑

(5) Result N/A

(6) Date of result

(b) As to any second petition, application or motion give the same information:

(1) Name of court N/A

(2) Nature of proceeding

(3) Grounds raised N/A

AO 243 (Rev. 2/95)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☑

(5) Result ______

(6) Date of result ______

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc. Yes ☐ No ☑
(2) Second petition, etc. Yes ☐ No ☑

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

JUST RESPONSE BACK
THATS WHY 2255

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.

Caution: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

AO 243 (Rev. 2/95)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(h) Denial of right of appeal.

A. Ground one: Regarding section (c) Illegal SEARCH And seizure IV AMMENDMENT Violation

Supporting FACTS (state *briefly* without citing cases or law)

I WAS ARRESTED ON Oct 10, 2001. AND put in RAMSEY COUNTY JAIL I just RECENTLY SAW REAL SEARCH WARRANT. DATED AND SIGNED By GOVENOR'S wife of MINNESOTA, MARY PAWLENTY DISTRICT STATE Judge of DAKOTA COUNTY. signed OCTOBER 11, 2001 At 2:35 pm I HAVE A MOTION UNDER Rule 33 B AND Rule 60 B Section (3) FRAUD of SEARCH WARRANT Judgement is void

B. Ground two: V AMMENDMENT AND VI AMMENDMENT violations

Supporting FACTS (state *briefly* without citing cases or law) PROSECUTOR TONY BROWN U.S. MARSHALL MARK pos taduseK of minneapolis office. Pete EASTMEN RAMSEY COUNTY SHERIFFS Dept. DAVID BOLL officer for ST. PAUL P.D. Also my STAND BY-COUNSEL All committed FRAUD AND PERJURY in TRIAL AND PRETRIAL HEARINGS. KNOWING THAT SEARCH WARRANT WAS A FRAUD. (Attachment to ground Two on Back)

C. Ground three: V And VI AMMENDMENT violations

Supporting FACTS (state *briefly* without citing cases or law) PROSECUTOR TONY BROWN KNEW All Evidence WAS OBTAINED By FRUAD of SEARCH WARRANT. My STAND-BY COUNSEL KNEW ALSO AND KEPT it from ME

AO 243 (Rev. 2/95)

D. Ground four: VI Ammendment violation / Inafective counsel

Supporting FACTS (state *briefly* without citing cases or law) my Stand-By counsel Kept FRAud SEARcH WARRANT from me as well as my Appelate counsel Virginia Villa / Attachment to Ground Four is on Back

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state *briefly* what grounds were not so presented, and give your reasons for not presenting them:

SEE BACK MORE GROUNDS ATTACHED

N/A

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?

Yes ☑ No ☐

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

(a) At preliminary hearing KATHERINE ROW public defender minneapolis M.N. office

(b) At arraignment and (NO) plea SCOTT TIELSEN public defender minneapolis M.N. office

(c) At trial DEAN GRAW STAND-BY COUNSEL minneapolis M.N.

(d) At sentencing Virginia Villa public defender minneapolis MINNESOTA office

AO 243 (Rev. 2/95)

(e) On appeal A 2255 in Federal court in San Antonio Texas. Regarding V and VI Ammendment violations / Issue is Plea Aggreement Cuase No# SA-00-CR-203-FB

(f) In any post-conviction proceeding N/A

(g) On appeal from any adverse ruling in a post-conviction proceeding N/A

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?

Yes ☑ No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?

Yes ☐ No ☒

(a) If so, give name and location of court which imposed sentence to be served in the future:

N/A

(b) Give date and length of the above sentence:

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?

Yes ☐ No ☐ N/A

Wherefore, movant prays that the Court grant petitioner relief to which he or she may be entitled in this proceeding.

Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

April 25, 2005

(Date)

George Anthony Gutierrez

Signature of Movant

05CV955ADM

(1)

GROUND TWO (SEC) B
supplement
AMMENDMENT to Supporting FACTS

THEY All comitted FRAUD And PERJURY for PROSECUTOR TONY BROWN. TONY BROWN did it for His Buddy's. EX FEDERAL PROSECUTOR MIKE M^c^CRUMB of SAN ANTONIO TEXAS, AND for ALAN BROWN ATTORNEY who is A Big FIYER in SAN ANTONIO TEXAS, And WAS Indicted out of WASHINGTON D.C. Justice DEPARTMENT, AND went to trial in AUSTIN TEXAS, AND prosecuted By Attorney for Justice Department. A M.S. BRENDA MORRIS of D.C. WASHINGTON. ALAN BROWN wanted ME in Prison for Along time. I Had ASKED TONY BROWN if HE KNEW MIKE M^c^CRUMB AND ALAN BROWN in SA. TEXAS. HE SAID HE worked At U.S. ATTORNEY'S office in SA. TEXAS with MIKE M^c^CRUMB AND KNEW ALAN BROWN REAL WELL. THEN I CALLED MIKE M^c^CRUMB AND HE STATED. HE doesn't KNOW TONY BROWN AT ALL. HE HAS just SEEN Him in college. This TRIAL WAS A "VENDETTA" AGAINST ME for His Buddy's. ALAN BROWN AND MIKE M^c^CRUMB. SINCE my TRIAL TONY BROWN HAS quit THE U.S. ATTORNEYS office in MINNEAPOLIS MN. AND WENT BACK to TEXAS with His Buddy's MIKE M^c^CRUMB AND ALAN BROWN.

SCANNED
APR 29 2005
U.S. DISTRICT COURT ST. PAUL

(2)

ATTACHMENT

(To ground Four) VI Ammendment violation Inafective counsel. I thru the years had asked M.S. Villa for copy of search warrant. She allways claimed she did not have it and not until I received a copy from Dakota county stamped envelope dated Febuary 22, 2005. Then after receiving the search warrant from Dakota county courthouse. Did I finally get a copy from Virginia villa. Only after I called her and told her that I finally have the real search warrant in my hands. Her excuse is that her secretary misfiled it? But all these years misplaced? The envelope from Dakota county a copy is in my Rule 33B and 60B sec 3 motion I sent to Minneapolis court earlier, I also can show court letter and envelope from Attorney Virginia villa dated also!

(GROUND FIVE)

V AND VI AMMENDMENT violations and ATTORNEY
Prosecutor Tony Brown and Judge Virginia villa

supporting FACTS; Prosecutor stated alot of HEARSAY in TRIAL and Had RAMSEY NARCOTICS officER Pete EASTMEN state alot of HEARSAY in TRIAL and in PRE TRIAL HEARING'S and Judge let it filter THRU to JURY. Also THERE WAS Evidence THAT WAS SUPPRESSED in part in PRE TRIAL HEARINGS. THE PART THAT WAS SUPPRESSED WAS WHEN I ASKED to SPEAK to A ATTORNEY and conversation THAT WAS AFTER THAT WAS SUPPRESSED Also. It WAS involving A Recording THAT took place at Ramsey county JAil. It WAS A Booking INTERVIEW. THE RECORDING WAS OVERPLAYED in court. I did OBJECT to tHE Issue. Judge Ruled AGAINST ME. If I REMEMBER CORRECTLY. Judge called it A HARMLESS ERROR. THAT ERROR Alone Should HAVE BEEN grounds for A NEW TRIAL. Plus my appelate attorney did not RAISE THIS ISSUE in APPEALS.

(Ground six) V And VI AMMENDMENT violations
Supporting FACTS: MARY jo Strafford was my Acusar on Allegzed Hearsay Controlled Buy and never testified against me in Trial only 3rd party Hearsay from Ramsey county narcotics officer Pete Eastmen/Also my Appeal attorney virginia villa never Raised This Issue in my Appeal.

(Ground seven) VI AMMENDMENT violation
Supporting FACTS: Valerie Gutierrez my main wittness tried to Testify not Just "once" But "twice" And Judge made sure Valerie would not Testify until Valerie would talk to counsel. Even though valerie stated she wanted to testify. That was unfair of my Due Process. Also my Appeal Attorney never Raised This Issue in my Appeal.

(Ground Eight) V And VI AMMENDMENT violations
Supporting FACTS: In Pre Trial Hearings Prosecutor Tony Brown stated He would use police officers only to Identify me. But in Trial used photo's to Identify me. All thru Trial. That was His whole case in chief. plus my attorney virginia villa failed to Raise This Issue in my Appeals.

(5)

(GROUND NINE) Prosecutorial misconduct / Inafective counsel / V and VI ammendment violations

supporting Facts: prosecutor Tony Brown conspired with Ramsey county narcotics officer Pete Eastmen. To parsway Jury That Informant Mary Jo Strafford Had a listening device on her person. I never got to cross Examine Mary Jo Strafford my acusar. It was all Hearsay. Plus it was never raised in my appeal By my appeal counsel.

(GROUND TEN) V and VI ammendment violations

Supporting Facts: In Pre Trial motion Hearings prosecutor perjurs Himself and states He will only use police in Trial. Prosecutor Tony Brown states in court in His words. I don't think the defendant Has made a case around the Informant." But uses Informants name to make a case against me in Trial. further more, more Hearsay! Becuase Informant wasn't present.' plus This Issue was never Raised in my appeal By my appelate attorney.

(GROUND Eleven) V And VI ammendment violations

Supporting Facts: Prosecutor never Established a controlled Buy = no recording = Just Hearsay from Prosecutor and Ramsey county narcotics officer Pete Eastmen. Plus the Informant who Allegedly made controlled Buy was not in my Trial. So I could not cross Examine. My Appeal Attorney never raised This Issue.!!

(6)

(GROUND TWELVE) V AND VI AMMENDMENT violations
Supporting FACTS: Prosecutor Tony Brown is "yelling" to Jury stating to THEM. METH Receipes THAT were found in A Briefcase were in "my Handwriting" which is Hearsay to Persway THE Jury! without no Expert Handwriting witness and no Handwriting analysis Introduced as Evidence Before Trial! Also Tony Brown prosector stated in Jury Trial to Jury THAT Gun was mine. without any Real Evidence. "No fingerprints" Analysis. Prosecutorial Misconduct/Inafective counsel Virginia villa failed to Raise THESE Issues in my Appeals.

(GROUND THIRTEEN) V AND VI AMMENDMENT violations
SEE CRAWFORD V. WASHINGTON

Supporting FACTS: During Trial. I was asking Ramsey county narcotics officer Pete Eastmen about Informant mary jo Strafford calling Her the Informant. THE Prosecutor objected And Judge Ruled Against me And made the Jury leave the courtroom first. Then when we were outside the pressence of the Jury. Judge wanted to know what Questions I was going to ask narcotics officer Pete Eastmen first. In final all questions were about Informant. which I needed to present my defense. Judge Ruled Against me About asking Questions about Informant Mary jo Stafford. But in closing arguements "let" the government mention mary jo Straffords name and let government call Her Informant. Which was All Hearsay in my Trial. Becuase Mary jo Strafford was never in my Trial. Plus my Appeal Attorney never raised THis Issue in Appeals.

(Ground Fourteen) V and VI Ammendment violations
Supporting Facts: Since Prosecutor stated alot of Hearsay about a listening device. It should of been admitted into Evidence in Pre-Trial Hearing's. Mary Jo Strafford my acusar should have been there to testify against me about listening device! Judge let Hearsay filter thru to Jury! Plus my appeal Attorney Virginia Villa did not raise this Issue in my appeals. plus narcotics officer Pete Eastmen committed perjury and hearsay about listening device to pursway Jury.

(Ground Fifteen) V and VI ammendment violations
Supporting Facts: Judge permits alot of Hearsay to filter thru. whole Trail in governments favor and prosecutor "Runs wild" with it. my Appeal Attorney M.S. villa did not raise this Issue in my appeals. The curt violated there own Rules 83 + 82 Rules

(Ground Sixteen) V. and VI Ammendment violations
Supporting Facts: when search was conducted there was Marijuana found on that same day! Should show liensurity Rule Becuase on same as Indictment. plus my Appeal Attorney didn't Raise this Issue in my Appeals.

(8)

Rule 60 B Sec(3) Fraud of Search Warrant

(GROUND SEVENTEEN) IV AMMENDMENT violation

Supporting Facts: I was arrested on Oct 10, 2001, an alleged search warrant was executed on same day. I found out on Febuary 22, 2005. Stamped envelope dated from Dakota county Judicial center. Look to my Rule 33 B motion. You will see stamped envelope copy. I sent to court allready. Fraud was comitted by prosecutor Tony Brown, U.S. Marshall Mark postudusek, Ramsey county sheriff Pete Eastmen. St. Paul P.D. officer David Boll. When in Reality even though a search warrant allegedly was executed and I was arrested on that same day of both incidents. October 10 2001. The real search warrant was signed by District Judge Mary pawlenty govenor's wife on October 11, 2001 at 2:35 pm. When in truth there was allready a search of residence and arrest made the day before.

In final I wish the court to see Blakley v. Washington 124 S CT 2531 (2004)
Crawford v. Washington
United States v. Booker
Unite States v. Shepard