UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 05-855(ADM)
CRIMINAL NO. 01-331(ADM/AJB)

GEORGE ANTHONY GUTIERREZ,

Petitioner, ORDER

v.

UNITED STATES OF AMERICA,

Respondent.

---

Petitioner has filed a Motion to Vacate, Set Aside or Correct Sentence, under Title 28 United States Code, Section 2255.

IT IS HEREBY ORDERED that respondent United States respond to said motion on or before June 1, 2005.

Dated: May 4, 2005.

s/Ann D. Montgomery

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT