UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 01-331(ADM/AJB)
CIVIL NO. 05-855(ADM)

UNITED STATES OF AMERICA, )
)
Plaintiff, ) REASSIGNMENT OF
) CRIMINAL CASE
v. )
)
GEORGE ANTHONY GUTIERREZ, )
)
Defendant. )

The above-referenced criminal case has been reassigned as follows:

| Criminal No. | Defendant Name | Remove AUSA | Add AUSA |
|---|---|---|---|
| 01-331 | George Anthony Gutierrez | Paul A. Murphy | James E. Lackner |

Dated: 5/4/05

Respectfully submitted,

THOMAS B. HEFFELFINGER
United States Attorney

s/ James E. Lackner

for PAUL A. MURPHY
Assistant United States Attorney