U.S.

v.

(1)

Date: May 15, 2005

GEORGE ANTONY GUTIERREZ CR NO# 01-331 ADM/AJB

RECEIVED BY MAIL
MAY 23 2005
CLERK, US DIST COURT MINNEAPOLIS MN

"AMMENDMENT"
And/or supplement
To
Motion under 28 USC 2255
To vacate, set aside, or correct sentence by a person in Federal custody

SCANNED
MAY 23 2005
U.S. DISTRICT COURT MPLS

(Ground Eighteen: IV, V and VI Ammendment violations
Supporting Facts: Since I believe? The court will not Rule on my Rule 33B motion and Rule 60B(sec 3) until After my 2255 is Ruled on. I am requesting that the court ammend this motion into my 2255 motion.

(Ground nineteen) V and VI Ammendment violations
Supporting Facts: Ramsey Sheriff Pete Eastmen purjured himself and committed Fraud on application and/or affadavit of search warrant. On page 2 End of paragraph (2) and (5). He Pete Eastmen states that Mary Jo Strafford would call (651) 216-3755 to talk to me or Maria which is Valerie. Well that is False (No1) That is Maria's phone (No2) I never talked to Mary Jo Strafford Becuase she would keep Maria out all night doing drugs and alcohol. And she was Larry Forgas girlfriend Marias Father who I had a serious confrontation with and who set me up Because he molested maria/valerie I told him I was going to Beat him good!

So this phone call to me is hearsay and was not at all "proven" and "lies" next page to Ground Eighteen

(2)

From page (1) Ground Eighteen

Also False and Lies is a Hearsay controlled Buy on Affadavit of search warrant He Pete Eastmen states in this manner. Informant mary jo Strafford calls maria/valerie's phone and talks to me To arrange A controlled Buy. Hearsay, False to get "Fake" search warrant "after" I have been arrested. Again This mary jo Informant Talk to maria/valerie only! A Alleged controll By was "not proven" only Hearsay and False Testimony on Affadavit of Search warrant. Also in paragraph (5) of Affadavit of search warrant Pete Eastmen to obtain a search warrants lies and commits Fraud By stating That I talked to mary jo Strafford on the phone, and That I "Instructed" Her to come to Residence. Where's The Proof! A "crooked" cop can get A search warrant without no Proof! "No Recording" Just Becuase He's Been committing felonies to further His career. On paragraph six of Affadavit of search warrant Pete Eastmen states That mary jo Strafford CRI Enters Residence. Then He "lies" And say's A short time later I arrive to Residence In "Truth." I arrived about 45 mins to 1 Hour later maria/valerie told me That mary jo was There to pick A "Baby crib" Thats what I was "Told". The Alleged Buy money was given to me By maria/valerie way after CRI mary jo Strafford left. maria/valerie told me That mary jo finally paid A partial payment of money That maria/valerie Loaned Her friend mary jo strafford!

go to page 3

(3)

So I ASK? What's Been proven! That I Had money That was given to me By maria/valerie. Which I tried to get maria/valerie to Testify to the Truth; In my defense. But prosecutor Tampered with my witness just Before she was going to Testify and "Intimidated" Her and told Her she was going to receive 25 years if she Testified. maria/valerie Tried to Testify again next day! But This time Judge Interfered in my Defense and said "No" not until talk to your counsel. To me That was Judicial Misconduct. So That Her counsel could "Beat" Her down along with Judge and prosecutor. So Maria/valerie after Being "Beat down" By all officers of the court would finally Take the fifth ammendmant. How many felonies do All The court officers Have to comitt in Order to Obtain a conviction. There's no Justice Anymore it doesn't matter to These officers of the court if your "Innocent" forget constitutional Rights of a person of U.S. citizenship "Who cares" They all just want to further There carreers And comitt Fraud and Perjury "To win" Plus none of These Issues were raised By my appelate attorney virginia villa/ Ineffective counsel

(4)

(GROUND NINETEEN:) V AND VI AND XIV AMMENDMENT violations

Supporting FACTS: U.S. custom's AGENT ASSIGNED to DEA committed FRAUD By stating A SEARCH WARRANT WAS EXECUTED By Himself AND RAMSEY COUNTY SHERIFFS. STEVE NUSBAUM is THE AGENT HE Also conspired to Hide THE "TRUTH" About THERE Being A SEARCH WARRANT ON His DEA SENSITIVE Report. HE states "ON" THE 10th of OCTOBER 2001 But He to commits FRAUD in complaint HE STATES ON OR ABOUT the 10th of OCTOBER 2001 STEVE NUSBAUM didn't care if THERE WAS A SEARCH WARRANT OR NOT. I CAN only Imagine How MANY felonies THIS AGENT HAS committed To further His CARREER! STEVE ~~the~~ NUSBAUM AGENT Also perjur's Himself in complaint stating THAT drugs were field tested By RAMSEY county SHERIFFS WHEN IN TRUTH PETE EASTMEN states in TRIAL HE didn't TEST drug's ON THAT day! THE complaint Alone is Invalid. My Appeal Attorney did not RAISE THIS Issue

(GROUND TWENTY) VI AND XIV AMMENDMANT violations

Supporting FACTS: Judicial Misconduct

Magistrate E.S. SWEARINGEN commits FRAUD By signing off on complaint AND conspiring Either HE KNEW complaint AND SEARCH WARRANT were lacking? OR HE just Took AGENT STEVE NUSBAUM's word? OR HE didn't even Bother to READ ANY ~~discovery~~ discovery

(GROUND TWENTY ONE) VI AND XIV AMMENDMENT violations
Supporting FACTS: Judicial Misconduct
U.S. MAGISTRATE ARTHUR Boylan conpired and committed Fraud By denying Suppression of search warrant And All motions Judge Boylan states In His words! He's Been in the Buissness for over 25 years! I can Just Imagine How many Rights He Has violated to further His carreer!
I should file A Judicial Misconduct complaint And A Rico complaint As well or worst yet, He probably didn't even Bother to Read Them!
Ground Twenty Two) V And VI XIV AMMENDMENT violations
Supporting Facts: Ramsey county Sheriff Pete Eastmen is committing Fraud And Perjury Again By stating In Affadavit of search warrant paragraph (8) To pursuade Judge Mary pawlenty THAT He conducted A Field Test to make Sure there was cocaine Where's The "Proof" Hearsay was there even any cocaine at all "No" There wasn't unless He pete Eastmen And His girlfriend Mary Jo Stanfford Had it All Along
My Appeal Attorney M.S. Villa never raised This Issue! Judge Mary pawlenty violated my rights Also. I can Imagine How many felonies she Has committed To further Her career!

(6)

(GROUND TWENTY THREE) V AND VI AMMENDMENT VIOLATIONS

SUPPORTING FACTS: I WAS NOT ALLOWED to ~~Admit~~ SUBMITT EVIDENCE SHOWING MARYJO STRAFFORD INFORMANT WHO ALLEGES. I SOLD HER DRUG'S. MARY JO STRAFFORD ON A PRIOR DRUG BUST SHE WAS INVOLVED IN. MARY JO STRAFFORD lied ABOUT NOT HAVING DRUG'S IN A GLOVE COMPARTMENT THEN WHEN POLICE FOUND DRUG'S IN GLOVE COMPARTMENT SHE CLAIMED THE DRUG'S WERE NOT HER'S. THEN LATER PLEADED TO DRUG'S. JUDGE WOULD NOT LET ME SUBMITT EVIDENCE TO SUPPORT MY DEFENSE. JUDGE AND PROSECUTOR SAID EVIDENCE WAS NOT RELEVANT!

I HAD MARYJO STRAFFORD'S PRIOR CRIMINAL CASE TO SHOW JURY!

GROUND TWENTY FOUR: V AND VI AMMENDMENT VIOLATIONS

SUPPORTING FACTS: MIRANDA LAW

PETE EASTMEN RAMSEY SHERIFF TOLD ME IF YOU DON'T TAKE THE RAP FOR THESE DRUG'S NOW! I WILL PUT YOUR 2 YR OLD AND 8 YR OLD IN A FOSTER HOME FOR A LONG TIME PLUS VALERIE/MARIA WILL GO TO JAIL LIKE YOU FOR A LONG TIME SO WHEN I WAS EXCORTED TO RAMSEY COUNTY JAIL I TOOK THE RAP FOR THE DRUGS EVERYTHING JUST SO MY SONS COULD BE WITH THERE MOM!

THEN LATER AT RAMSEY COUNTY JAIL I WAS READ MY RIGHTS! I WAS FORCED TO TAKE RAP FOR MY CHILDREN'S SAKE LARRY FORGA VALERIE'S/MARIA FATHER SET ME-UP GOOD AND MADE SURE HE WAS NOT AROUND

PLUS MY ATTORNEY NEVER RAISED THIS ISSUE ON APPEAL!

(7)

(GROUND TWENTY FIVE) IV V VI AND XIV AMMENDMENT Violations
Supporting Facts: In complaint and on FBI Report Agent Steve was Baum and officer David Boll ST. Paul P.D Refer To Ramsey county Sherriff Pete Eastmen That He obtained A No-Knock Search warrant He sure did THE NEXT day on oct 11, 2001 I was allready in custody THE day Before All These "crook cops" comitted felonies for THERE Carreers And Have no Respect for THE Law and violated my Rights. They Broke That door down with no search warrant Just Because They could get away with it! Plus my attorney did not raise this in Appeal

(GROUND TWENTY SIX) V VI XIV AMMENDMENT violations
Supporting Facts: THE 924(c) Gun Indictment was never proven! No fingerprint Analysis Just false Hearsay like THE Search warrant

See: CASE LAW Supporting Facts

(1) (U.S. V. Schmalzried) 152 F 3d 354 5TH cir) (1998) Government failed to connect firearm to drug offense

(2) (U.S. V. Webster) 84 F3d 1056 8TH cir) (1996) "Jury Instructions" That did not distinguish Between "carry and use" were defective in 924(c) Trial

(3) (U.S. V. Cooke) 110 F3d 1288 7TH cir 1997) Jury Instructions Treating carry and use Interchangebly were defective

(8)

(1) CASE LAW supporting my Rights were violated
TAMPERING with defense witness

(1) U.S. V. VAVAGES 151 F3d 1185 (9th cir 1998)
Prosecutor coerced defense witness into Refusing to Testify

(2) U.S. V. Golding 168 F3d 700 (4th cir 1999)
Subject: Prosecutor "THREATENED" defense witness with prosecution if she Testified

(3) U.S. V. SCHEER 168 F3d 445 (11th cir 1999)
Government failed to disclose it Had ~~Intimid~~ Intimidated Key prosecution witness

(2) Bad Faith prosecution CASE LAW

(1) CORNETT V. Longois 871 F. Supp 918-922 — — E.D. TEXAS 1994

(2) U.S. V. GRIFFEN 856 F Supp 1293 1300 — — N.D. Ill 1994

(3) MARYJO STRAFFORD my ACUSAR WAS Not in my Trial
CASE LAW supporting my Rights violated

(1) U.S. V. Beydler 120 F3d 985 (9th cir 1997)
Subject And/or Arguement. UNAVilABle witness Incriminating defendant was inadmissable Hearsay

(2) U.S V. williams 133 F3d 1048 7th cir 1998
Arguement: Statements By Informant to Agent were Hearsay

(9)

VI AMMENDMENT violation CASE LAW
PROSECUTORIAL MISCONDUCT

(1) U.S. V. Maddox 156 F3d 1280 (D.C. CIR 1999)
PROSECUTOR'S ARGUEMENT REFFERED to matters not in Evidence

(2) U.S. V Rodriques 159 F3d 607 (D.C. 1999)
Improper closing By prosecutor

(3) Improper Remarks By prosecutor
See: U.S. V. Richardson 161 F3d 728 (D.C. cir 1999)

(2) THE COURT violated my six AND XIII AMMENDMENTS of my Due Process
By not letting me argue my defense Theory
CASE LAW supporting This Fact:

(1) U.S. V. Mulinelli-NAVA 111 F3d 983 (1ST) cir. (1997) ARGUEMENT. COURT limited cross ~~exa~~ EXAM-INATION Requarding Theory of DEFENSE

(2) U.S. V. SMITH 217 F3d 746 9TH cir 2000
ARGUEMENT: COURT Failed to Instruct Jury upon defendants Theory of THE CASE

(3) U.S. V. Ruiz 59 F3d 1151 11TH cir CERT denied 516 U.S. 1133 (1996)
ARGUEMENT: DEFENDANT HAS THE RIGHT to HAVE THE JURY INSTRUCTED ON HIS THEORY of DEFENSE

(10)

IV Ammendment violation

Illegal search and seizure case law supporting the Fact: (1) U.S. V. Alvarez (127 F3d 372 (5th cir 1997)

Arguement: A warrant Affadavit contained a "False" statement made in "Reckless" "disregard" for for the truth.

(2) U.S. V. Herron (215 F3d 812) (8th cir 2000)

Subject/Arguement: No "Reasonable" officer would have relied on such a deficient warrant.

(3) See: U.S. V. Bates 84 F3d 790 (6th cir 1996)

on search warrant Arguement

Subject/Arguement: "Miranda Law"

Case law supporting Facts:

(1) U.S. V. Tenorio 69 F3d 1103 (7th cir – – 1995)

Subject/Arguement: Improper Admission of post miranda statements.

(2) U.S. V. Ali (86 F3d 275 (2nd cir - 1996)

Custodial Interrogation Required Miranda warnings

(11)

I am Requesting from the court the grand Jury minutes in Session pertaining to my case. And/or "All Documents" pertaining to my case since I have lost most of my documents in Prison. Also master Docket Sheet. That Includes all Discovery materials as well/Agents Rough notes.

Respectfully Submitted,

George Anthony Gutierrez
Reg No # 43840-080
Federal correctional Institution
P.O. Box 1000
Oxford, Wisconsin
53952

filling
PRO ise

RECEIVED
BY MAIL

MAY 23 2005

CLERK US DIST COURT
MINNEAPOLIS MN

Enclosed is A AMMENDMENT
to my 2255 Motion
you Recieved Dated
Envelope MARCH 9, 2005
HERE ARE 3 COPYS
To my Motion

Thank you
Sincerely,
GEORGE ANTHONY GUTIERREZ

Reg No# 43840-080
Federal Correctional Institution
P.O. Box 1000
Oxford, WI
53952