# CERTIFICATE OF SERVICE

GEORGE ANTHONY GUTIERREZ,

Petitioner,

v. Case Number: 01-331 (ADM/AJB)

UNITED STATES OF AMERICA,

Respondent..

I hereby certify that on , I served, or caused to be served, the following documents:

United States Memorandum in Opposition to Petitioner's Motion Pursuant to 28 U.S.C. § 2255

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF, which constitutes service on the following ECF participants, pursuant to the ECF Procedures for the District of Minnesota:

I certify, further, that I served, or caused to be served the above-listed documents to non-ECF participants by placing a copy in an envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and delivering by mail to:

George Anthony Gutierrez, Pro Se
Reg. No. 43840-080
Oxford Federal Correctional Facility
P.O. Box 500
Oxford, WI 53952

THOMAS B. HEFFELFINGER
United States Attorney

s/James E. Lackner
BY: JAMES E. LACKNER
Assistant U.S. Attorney
Attorney ID Number 59298