RECEIVED
BY MAIL
JUN 13 2005
CLERK US DIST COURT
MINNEAPOLIS MN

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No. 01-331 (ADM/AJB)
Civ. No. 05-855 (ADM)

GEORGE ANTHONY GUTIERREZ,
PRO'SE Petitioner,

v.

UNITED STATES OF AMERICA,
Respondent.

THE PETITIONER REQUESTS AN EVIDENTIARY HEARING ON HIS 28 U.S.C. §2255 MOTION

A §2255 Petitioner is entitled to an evidentiary hearing on claims when he alleges facts that, if proven, would entitle him to relief. See **Stoia v. UNITED STATES**, 22 F3d 766, 768 (7th Cir. 1994) (prisonner is entitled to an evidentiary hearing on a §2255 motion unless the motion, files, and records of the case conclusively show that the prisoner is entitled to no relief); **Sanders v. UNITED STATES**, 373 US 1, 5, 83 S.Ct. 1068, 1072, (1963). See also **fotain v. UNITED STATES**, 411 US 213, 215 (1973).

At the evidentiary hearing, I will show the court that fraud and perjury were committed during my trial. I will also prove to the court that there was no search warrant at the time of my arrest. A "true crime" was committed. Mr. Lackner states in his opposition memorandum that the search warrant was executed on the 11th of October and yet, in his brief to the 8th Circuit on page 2, he states that "on October 10th, 2001" Ramsey County Sherriffs executed [the] search warrant.

For the forgoing reasons, I request that this court hold an evidentiary hearing on the issues presented in the petitioner's 28 U.S.C. §2255 motion.

Respectfully Submitted,
George A. Gutierrez

George A. Gutierrez
Reg. No. 43840-080
Federal Correctional Institution
P.O. Box 1000
Oxford, WI 53952

SCANNED
JUN 13 2005
U.S. DISTRICT COURT ST. PAUL