RECEIVED
BY MAIL
JUN 13 2005
CLERK US DIST COURT

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No. 01-331 (ADM/AJB)
Civ. No. 05-855 (ADM)

GEORGE ANTHONY GUTIERREZ, PRO'SE Petitioner,

v.

UNITED STATES OF AMERICA, Respondent.

Petitioner's Motion To Appoint Counsel For Discovery

Petitioner is hereby requesting appointment of counsel under 18 U.S.C. 3006A(a)(2)(B)(1) faces loss of liberty in a case and Federal law requires the appointment of counsel also under 4109 Right to counsel/appointment of counsel (a).

INTRODUCTION

Through all of my due diligence, I have been unable to obtain all of the documents/records that I need for the instant case in which I am showing that fraud and perjury were committed and a "true crime" was committed against me. Some of the people from whom I need to get documents will not release those documents without a supena, which my attorney would be able to obtain, even under the Freedom of Information Act.

I hope and pray that the court will grant mypetition.

Respectfully submitted,

George A. Gutierrez

George A. Gutierrez
Reg. No. 43840-080
Federal Correctional Institution
P.O. Box 1000
Oxford, WI 53952

SCANNED
JUN 13 2005
U.S. DISTRICT COURT ST. PAUL