UNITED STATES DISTRICT COURT
DISTRICT of MINNESOTA
CR. NO. 01-331 (ADM/AJB)
CIV NO. 05-855 (ADM)

RECEIVED BY MAIL
JUN 1 0 2005
CLERK U.S. DIST. COURT

GEORGE ANTHONY GUTIERREZ
PRO'SE PETITIONER
V.
UNITED STATES of AMERICA
RESPONDANT

"AMMENDMENT"
TO PETITIONERS MOTION TO APPOINT COUNSEL FOR DISCOVERY

Petitioner is Requesting to "Remove" 18 U.S.C. 4109 from original motion. I Had "misread" 18 U.S.C 4109 and does not pertain To my direct Issue. I AM Requesting THE COURT to look At 3006(A) [scribbled out] NOT (1) [scribbled out] THERE is "no" 3006(A)(1) But THERE is 3006(A)(I) faces loss of liberty in A case; And Federal law Requires THE Appointment of counsel; or Also see 3006(A)(G) is in custody as A matieral witness Also SEE Fed crim. codes and Rules (Rule 6) Discovery Section (B) Requesting Discovery) A party requesting discovery must Provide Reason's for the Request. THE request must Also Include any proposed Interrogatories and Requests for Admission, and must specify any Requested documents.
My Reason's are "clear" To show Fraud/Perjury and A "True crime" was committed Against me.

FILED
JUN 1 6 2005
[illegible]

Respectfully Submitted,
GEORGE A. GUTIERREZ
Reg NO# 43840-080
Federal Correctional Institution
P.O. Box 1000
Oxford, WI 53952