CR# 01-331 ADM / AJB

JUNE 20, 2005

DEAR Judge Montgomery,

I AM NOT SURE if you WANT ME to file A memo in Reply to "Refute" THE governments ARguements. As A prose litigant I've come to the point THAT THis is A complicated Issue And feel THE Issue can only Be resolved in A Evidentuary Hearing. Please give me notification if I need to do so? And if I do please give me notification with A Extension of time Included.

Thank you
Respectfully,

GEORGE ANTHONY GUTIERREZ
Reg NO# 43840-080
Federal correctional Institution
P.O. Box 1000
OXford, Wisconnsin
53952

RECEIVED
JUN 23 2005
U.S. DISTRICT COURT
JUDGE MONTGOMERY CHAMBERS

JUN 24 2005

GEORGE ANTHONY GUTIERREZ
Reg No # 43840-080
Federal Correctional Institution
P.O. Box 1000
Oxford, Wisconnsin
53952

(LEGAL-MAIL)

(LEGAL-MAIL)

To: "Honorable Federal Judge"
ANN D. MONTGOMERY
U.S. COURTHOUSE Room 13W
300 SOUTH FOURTH ST.
MINNEAPOLIS, MINNESOTA
55415

55415+1320 36