UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
MINNEAPOLIS DIVISION

RECEIVED
JUL 13 2005
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

To: Michael Gans
Clerk of Court

| | | |
|---|---|---|
| GEORGE ANTHONY GUTIERREZ<br>Movant/Defendant,<br><br>v.<br><br>UNITED STATES OF AMERICA<br>Respondent/Plaintiff. | ) | CRIM. NO. 01-331 ADM/AJB<br>CIVIL NO. 05-855 ADM<br><br>NOTICE OF APPEAL AND [redacted] "APPLICATION"<br>TO PROCEED IN FORMA PAUPERIS |

---

Notice is hereby given that George Anthony Gutierrez, Movant/Petitioner above named, hereby appeals to the United States Court of Appeals to the Eigth Circuit from the Entry of Judgement and/or Order by the District Court entered in the above action June 23, 2005.

Respectfully Submitted,

George Anthony Gutierrez
George Anthony Gutierrez
Federal Correctional Institution
Regulation No. 43840-080
P.O. Box 1000
Oxford Wisconsin 53952

RECEIVED
JUL 13 2005
U.S. COURT OF APPEALS
EIGHTH CIRCUIT-ST. PAUL, MN

Subscribed and sworn before me on this 5TH day of July 2005
Inthe County of Adams
State of Wisconsin

Kurt A. Caan
Notary Public

My Commission expires on FEB. 11 of 2007.

SCANNED
JUL 13 2005
U.S. DISTRICT COURT ST. PAUL

RECEIVED
JUL 12 2005
U.S. COURT OF APPEALS
EIGHTH CIRCUIT

**AFFIDAVIT ACCOMPANYING MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS**
**United States Court of Appeals**
for 8TH CIRCUIT

GEORGE A. GUTIERREZ
criminal No 01-331 ADM AJB
v. Case No. civil No 05-855 ADM

UNITED States of AMERICA

Appeal from the United States District Court for the ____ District of MINNESOTA MINNEAPOLIS DIVISION
District Court No. ____
District Court Judge ANN D. MONTGOMERY

**Affidavit in Support of Motion**
I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)
Signed: George A. Gutierrez

**Instructions**
Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.
Date: June 30, 2005

**My issues on appeal are:**

**1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.**

| Income source | Average monthly amount during the past 12 months — You | Spouse | Amount expected next month — You | Spouse |
|---|---|---|---|---|
| Employment | $ N/A | $ N/A | $ -0- | $ N/A |
| Self-employment | $ N/A | $ N/A | $ NA | $ |
| Income from real property (such as rental income) | $ N/A | $ N/A | $ N/A | $ |
| Interest and dividends | $ -0- | $ N/A | $ N/A | $ |
| Gifts | $ -0- | $ N/A | $ N/A | $ |
| Alimony | $ -0- | $ N/A | $ N/A | $ |
| Child support | $ -0- | $ N/A | $ N/A | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ -0- | $ N/A | $ N/A | $ |
| Disability (such as social security, insurance payments) | $ -0- | $ N/A | $ N/A | $ |
| Unemployment payments | $ -0- | $ N/A | $ N/A | $ |
| Public-assistance (such as welfare) | $ -0- | $ N/A | $ N/A | $ |
| Other (specify): -0- | $ -0- | $ N/A | $ N/A | $ |
| **Total monthly income:** | $ -0- | $ N/A | $ N/A | $ ✓ |

**2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)**

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| SElf Employed | Boxing TRAiNER | "WAS YEARS AGO" | |
| | | | |
| | | | |

**3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)**

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |

**4. How much cash do you and your spouse have? $** N/A

**Below, state any money you or your spouse have in bank accounts or in any other financial institution.**

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | | | |
| N/A | | | |
| N/A | | | |

*If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

**5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.**

| Home (Value) | Other real estate (Value) | Motor Vehicle #1 (Value) |
|---|---|---|
| NONE | NONE | Make & year: NONE |
| -0- | -0- | Model: -0- |
| -0- | -0- | Registration #: NONE |

| Motor Vehicle #2 (Value) | Other assets (Value) | Other assets (Value) |
|---|---|---|
| Make & year: NONE | -0- | -0- |
| Model: NONE | -0- | -0- |
| Registration #: NONE | -0- | -0- |

6. **State every person, business, or organization owing you or your spouse money, and the amount owed.**

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| NONE | -0- | -0- |
| NONE | -0- | -0- |
| NONE | -0- | -0- |

7. **State the persons who rely on you or your spouse for support.**

| Name | Relationship | Age |
|---|---|---|
| NONE | -0- | -0- |
| NONE | -0- | -0- |
| NONE | -0- | -0- |

8. **Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.**

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home)<br>Are real estate taxes included? [ ] Yes [ ]No<br>Is property insurance included? [ ] Yes [ ]No | $ NONE | $ -0- N/A |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ -0- | $ N/A |
| Home maintenance (repairs and upkeep) | $ -0- | $ N/A |
| Food | $ -0- | $ N/A |
| Clothing | $ -0- | $ N/A |
| Laundry and dry-cleaning | $ -0- | $ N/A |
| Medical and dental expenses | $ -0- | $ N/A |
| Transportation (not including motor vehicle expenses | $ -0- | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ -0- | $ N/A |
| Insurance (not deducted from wages or included in mortgage payments)<br>Homeowner's or renter's | $ -0- | $ N/A |

| | | |
|---|---|---|
| Life | $ NONE | $ N/A |
| Health | $ -0- | $ N/A |
| Motor vehicle | $ -0- | $ NONE |
| Other: ____ | $ 0- | $ 0 |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ -0- | $ 0 |
| Installment payments | $ -0- | $ 0 |
| Motor Vehicle | $ -0- | $ 0 |
| Credit card (name): ____ | $ -0- | $ 0 |
| Department store (name): ____ | $ -0- | $ 0 |
| Other: ____ | $ -0- | $ 0 |
| Alimony, maintenance, and support paid to others | $ -0- | $ NA |
| Regular expenses for operation of business, profession, or farm (attach detail) | $ -0- | $ 0 |
| Other (specify): ____ | $ -0- | $ N/A |
| Total monthly expenses: | $ -0- | $ N/A |

**9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?**

[ ] Yes [X] No If yes, describe on an attached sheet.

**10. Have you paid-or will you be paying-an attorney any money for services in connection with this case, including the completion of this form?**

[ ] Yes [X] No If yes, how much? $____

If yes, state the attorney's name, address, and telephone number:

____

____

____

**11. Have you paid–or will you be paying–anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?**

[ ] Yes [X] No If yes, how much? $__________

If yes, state the person's name, address, and telephone number:

-NO- N/A

-0-

-0-

**12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.**

**13. State the address of your legal residence.**

Federal Correctional Institution

P.O. 1000

Oxford WI 53952

Your daytime phone number: (___) NONE

Your age: 50 Your years of schooling: GED

Your social-security number: [redacted]0817

# All Transactions

PRINT

| | | | |
|---|---|---|---|
| **Inmate Reg #:** | 43840080 | **Current Institution:** | Oxford FCI |
| **Inmate Name:** | GUTIERREZ, GEORGE | **Housing Unit:** | WISC EAST |
| **Report Date:** | 07/05/2005 | **Living Quarters:** | S02-001L |
| **Report Time:** | 8:38:36 AM | | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 2/25/2005 5:00:01 PM | AMService | ITS Withdrawal | ($15.00) | ITS0225 | | $0.71 |
| 2/24/2005 10:33:20 PM | AMService | ITS Withdrawal | ($5.00) | ITS0224 | | $15.71 |
| 2/24/2005 5:42:31 PM | AMService | ITS Withdrawal | ($5.00) | ITS0224 | | $20.71 |
| 2/22/2005 10:39:22 PM | AMService | ITS Withdrawal | ($5.00) | ITS0222 | | $25.71 |
| 2/18/2005 10:02:21 PM | AMService | ITS Withdrawal | ($7.00) | ITS0218 | | $30.71 |
| 2/15/2005 12:03:24 PM | OXF3003 | Sales | ($3.10) | 99 | | $37.71 |
| 2/14/2005 10:22:40 PM | AMService | ITS Withdrawal | ($6.00) | ITS0214 | | $40.81 |
| 2/10/2005 7:30:04 PM | AMService | ITS Withdrawal | ($5.00) | ITS0210 | | $46.81 |
| 2/10/2005 7:11:33 AM | OXF8204 | Payroll - IPP | $15.87 | JV054 | | $51.81 |
| 2/7/2005 10:55:26 PM | AMService | ITS Withdrawal | ($5.00) | ITS0207 | | $35.94 |
| 2/4/2005 7:28:25 PM | AMService | ITS Withdrawal | ($10.00) | ITS0204 | | $40.94 |
| 2/2/2005 10:12:33 PM | AMService | ITS Withdrawal | ($5.00) | ITS0202 | | $50.94 |
| 2/2/2005 6:13:53 PM | OXF3004 | Sales | ($2.60) | 133 | | $55.94 |
| 2/1/2005 8:11:22 PM | AMService | ITS Withdrawal | ($8.00) | ITS0201 | | $58.54 |
| 1/22/2005 12:51:33 PM | AMService | ITS Withdrawal | ($4.00) | ITS0122 | | $66.54 |
| 1/16/2005 6:26:15 PM | AMService | ITS Withdrawal | ($7.00) | ITS0116 | | $70.54 |
| 1/15/2005 10:17:48 PM | AMService | ITS Withdrawal | ($3.00) | ITS0115 | | $77.54 |
| 1/13/2005 5:23:16 PM | AMService | ITS Withdrawal | ($10.00) | ITS0113 | | $80.54 |
| 1/12/2005 4:45:59 PM | AMService | ITS Withdrawal | ($10.00) | ITS0112 | | $90.54 |
| 1/12/2005 5:13:39 AM | AMSERVICE | Lockbox - CD | $100.00 | 70124101 | | $100.54 |
| 1/9/2005 11:10:16 PM | AMService | ITS Withdrawal | ($4.00) | ITS0109 | | $0.54 |
| 1/6/2005 10:06:48 PM | AMService | ITS Withdrawal | ($5.00) | ITS0106 | | $4.54 |
| 1/6/2005 7:51:16 AM | OXF8204 | Payroll - IPP | $5.25 | JV0046 | | $9.54 |
| 1/5/2005 9:58:35 PM | AMService | ITS Withdrawal | ($3.00) | ITS0105 | | $4.29 |
| 1/4/2005 11:16:13 PM | AMService | ITS Withdrawal | ($3.00) | ITS0104 | | $7.29 |
| 1/3/2005 9:49:02 PM | AMService | ITS Withdrawal | ($5.00) | ITS0103 | | $10.29 |
| 1/2/2005 11:10:37 PM | AMService | ITS Withdrawal | ($5.00) | ITS0102 | | $15.29 |
| 1/1/2005 11:01:24 AM | AMService | ITS Withdrawal | ($10.00) | ITS0101 | | $20.29 |
| 12/28/2004 4:32:17 PM | AMService | ITS Withdrawal | ($10.00) | ITS1228 | | $30.29 |
| 12/28/2004 6:26:37 AM | AMSERVICE | Lockbox - CD | $20.00 | 70123001 | | $40.29 |
| 12/28/2004 6:26:34 AM | AMSERVICE | Lockbox - CD | $20.00 | 70123001 | | $20.29 |
| 12/13/2004 10:40:59 PM | AMService | ITS Withdrawal | ($14.00) | ITS1213 | | $0.29 |
| 12/12/2004 7:16:05 PM | AMService | ITS Withdrawal | ($6.00) | ITS1212 | | $14.29 |
| 12/9/2004 11:04:39 PM | AMService | ITS Withdrawal | ($4.00) | ITS1209 | | $20.29 |
| 12/9/2004 9:46:31 AM | OXF8204 | FRP Quarterly Pymt | $0.00 | IOS3005 | | $24.29 |
| 12/8/2004 9:47:24 PM | AMService | ITS Withdrawal | ($6.00) | ITS1208 | | $24.29 |
| 12/6/2004 11:04:32 PM | AMService | ITS Withdrawal | ($5.00) | ITS1206 | | $30.29 |
| 12/5/2004 10:54:31 PM | AMService | ITS Withdrawal | ($5.00) | ITS1205 | | $35.29 |
| 12/5/2004 3:09:37 PM | AMService | ITS Withdrawal | ($8.00) | ITS1205 | | $40.29 |
| 12/2/2004 8:32:02 PM | AMService | ITS Withdrawal | ($7.00) | ITS1202 | | $48.29 |
| 12/1/2004 11:24:04 PM | AMService | ITS Withdrawal | ($5.00) | ITS1201 | | $55.29 |
| 12/1/2004 7:27:14 PM | AMService | ITS Withdrawal | ($5.00) | ITS1201 | | $60.29 |
| 11/30/2004 9:58:19 PM | AMService | ITS Withdrawal | ($15.00) | ITS1130 | | $65.29 |
| 11/30/2004 5:51:28 PM | OXF3005 | Sales | ($2.85) | 103 | | $80.29 |
| 11/24/2004 6:13:02 PM | OXF3005 | Sales | ($4.90) | 188 | | $83.14 |
| 11/22/2004 4:49:37 PM | AMService | ITS Withdrawal | ($10.00) | ITS1122 | | $88.04 |
| 11/22/2004 2:05:08 PM | OXF8204 | Local Collections | $98.00 | 2652 | | $98.04 |
| 11/13/2004 1:07:39 PM | AMService | ITS Withdrawal | ($10.00) | ITS1113 | | $0.04 |
| 11/11/2004 1:43:25 PM | AMService | ITS Withdrawal | ($8.00) | ITS1111 | | $10.04 |
| 11/10/2004 7:20:08 PM | AMService | ITS Withdrawal | ($6.00) | ITS1110 | | $18.04 |

1 2 3

AVE MONTHLY BAL $22.30

AVE MONTHLY DEPOSITS $43.00

[illegible] Case Manager 7/5/2005 FCI, Oxford, Wi

# All Transactions

PRINT

| | | | |
|---|---|---|---|
| **Inmate Reg #:** | 43840080 | **Current Institution:** | Oxford FCI |
| **Inmate Name:** | GUTIERREZ, GEORGE | **Housing Unit:** | WISC EAST |
| **Report Date:** | 07/05/2005 | **Living Quarters:** | S02-001L |
| **Report Time:** | 8:38:15 AM | | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 6/10/2005 6:40:41 PM | AMService | ITS Withdrawal | ($9.00) | ITS0610 | | $0.29 |
| 6/10/2005 7:44:56 AM | OXF8574 | FRP Quarterly Pymt | $0.00 | IS3017 | | $9.29 |
| 6/10/2005 7:18:09 AM | OXF8574 | Payroll - IPP | $9.24 | JV0091 | | $9.29 |
| 5/27/2005 9:22:30 PM | AMService | ITS Withdrawal | ($9.00) | ITS0527 | | $0.05 |
| 5/25/2005 9:47:24 PM | AMService | ITS Withdrawal | ($5.00) | ITS0525 | | $9.05 |
| 5/25/2005 6:11:00 PM | OXF3005 | Sales | ($6.90) | 87 | | $14.05 |
| 5/22/2005 10:18:18 PM | AMService | ITS Withdrawal | ($5.00) | ITS0522 | | $20.95 |
| 5/21/2005 11:00:47 AM | AMService | ITS Withdrawal | ($5.00) | ITS0521 | | $25.95 |
| 5/17/2005 9:48:50 PM | AMService | ITS Withdrawal | ($3.00) | ITS0517 | | $30.95 |
| 5/16/2005 6:26:52 PM | OXF3004 | Sales | ($1.40) | 113 | | $33.95 |
| 5/15/2005 8:22:59 PM | AMService | ITS Withdrawal | ($5.00) | ITS0515 | | $35.35 |
| 5/13/2005 10:12:11 PM | AMService | ITS Withdrawal | ($4.00) | ITS0513 | | $40.35 |
| 5/10/2005 6:14:54 AM | OXF8204 | Payroll - IPP | $8.82 | JV0082 | | $44.35 |
| 5/9/2005 11:01:31 PM | AMService | ITS Withdrawal | ($5.00) | ITS0509 | | $35.53 |
| 5/8/2005 10:25:18 PM | AMService | ITS Withdrawal | ($7.00) | ITS0508 | | $40.53 |
| 5/6/2005 8:38:16 PM | AMService | ITS Withdrawal | ($8.00) | ITS0506 | | $47.53 |
| 5/6/2005 4:39:53 PM | AMService | ITS Withdrawal | ($5.00) | ITS0506 | | $55.53 |
| 5/6/2005 5:22:10 AM | AMSERVICE | Lockbox - CD | $60.00 | 70132101 | | $60.53 |
| 4/23/2005 11:06:22 PM | AMService | ITS Withdrawal | ($10.00) | ITS0423 | | $0.53 |
| 4/20/2005 11:28:43 PM | AMService | ITS Withdrawal | ($5.00) | ITS0420 | | $10.53 |
| 4/18/2005 10:20:03 PM | AMService | ITS Withdrawal | ($2.00) | ITS0418 | | $15.53 |
| 4/17/2005 12:06:28 PM | AMService | ITS Withdrawal | ($3.00) | ITS0417 | | $17.53 |
| 4/16/2005 7:43:39 PM | AMService | ITS Withdrawal | ($3.00) | ITS0416 | | $20.53 |
| 4/16/2005 5:25:01 AM | AMSERVICE | Lockbox - CD | $20.00 | 70130701 | | $23.53 |
| 4/13/2005 9:43:24 PM | AMService | ITS Withdrawal | ($2.00) | ITS0413 | | $3.53 |
| 4/12/2005 11:03:11 PM | AMService | ITS Withdrawal | ($1.00) | ITS0412 | | $5.53 |
| 4/12/2005 8:11:34 PM | AMService | ITS Withdrawal | ($2.00) | ITS0412 | | $6.53 |
| 4/11/2005 11:24:12 PM | AMService | ITS Withdrawal | ($2.00) | ITS0411 | | $8.53 |
| 4/10/2005 10:35:47 PM | AMService | ITS Withdrawal | ($5.00) | ITS0410 | | $10.53 |
| 4/9/2005 9:51:30 AM | AMService | ITS Withdrawal | ($5.00) | ITS0409 | | $15.53 |
| 4/8/2005 4:51:35 PM | AMService | ITS Withdrawal | ($3.00) | ITS0408 | | $20.53 |
| 4/8/2005 8:02:54 AM | OXF8574 | FRP Single Pymt | ($25.00) | IS3013 | | $23.53 |
| 4/8/2005 7:40:02 AM | OXF8574 | Payroll - IPP | $22.77 | JV0072 | | $48.53 |
| 4/6/2005 11:26:00 PM | AMService | ITS Withdrawal | ($1.00) | ITS0406 | | $25.76 |
| 4/5/2005 5:20:59 PM | AMService | ITS Withdrawal | ($3.00) | ITS0405 | | $26.76 |
| 4/4/2005 10:01:51 PM | AMService | ITS Withdrawal | ($1.00) | ITS0404 | | $29.76 |
| 4/3/2005 8:11:43 PM | AMService | ITS Withdrawal | ($2.00) | ITS0403 | | $30.76 |
| 4/2/2005 10:49:46 PM | AMService | ITS Withdrawal | ($3.00) | ITS0402 | | $32.76 |
| 4/1/2005 10:42:32 PM | AMService | ITS Withdrawal | ($5.00) | ITS0401 | | $35.76 |
| 3/23/2005 4:36:13 PM | AMService | ITS Withdrawal | ($6.00) | ITS0323 | | $40.76 |
| 3/22/2005 5:59:51 PM | OXF3074 | Sales | ($3.50) | 151 | | $46.76 |
| 3/21/2005 11:24:28 PM | AMService | ITS Withdrawal | ($7.00) | ITS0321 | | $50.26 |
| 3/20/2005 10:19:10 PM | AMService | ITS Withdrawal | ($8.00) | ITS0320 | | $57.26 |
| 3/20/2005 3:54:45 PM | AMService | ITS Withdrawal | ($5.00) | ITS0320 | | $65.26 |
| 3/19/2005 2:05:24 PM | AMService | ITS Withdrawal | ($10.00) | ITS0319 | | $70.26 |
| 3/19/2005 5:32:45 AM | AMSERVICE | Lockbox - CD | $80.00 | 70128701 | | $80.26 |
| 3/10/2005 5:37:09 PM | AMService | ITS Withdrawal | ($17.00) | ITS0310 | | $0.26 |
| 3/10/2005 7:50:22 AM | OXF8204 | FRP Quarterly Pymt | $0.00 | IOS3011 | | $17.26 |
| 3/10/2005 7:20:26 AM | OXF8204 | Payroll - IPP | $17.10 | JV062 | | $17.26 |
| 3/1/2005 6:09:47 PM | OXF3003 | Sales | ($0.55) | 119 | | $0.16 |