UNITED STATES DISTRICT COURT
DISTRICT of MINNESOTA
MINNEAPOLIS DIVISION

RECEIVED
05 JUL 12 PM 2:26
CLERK U.S. DIST. COURT
ST. PAUL, MN

To: MICHAEL GANS
clERK of COURT

CRIM. NO. 01-331 ADM AJB
civil NO. 05-855 ADM

GEORGE ANTHONY GUTIERREZ
PRO SE PETETIONER

V.

UNITED STATES of AMERICA

MOTION

To AMMEND THE word Application ON MY Notice of APPEAL. To "MOTION" to PROCEED IN FORMA PAUPERIS

Respectfully submitted,

GEORGE ANTHONY GUTIERREZ
Federal CORRECTIONAL Institution
Reg NO 43840-080
P.O. BOX 1000
Oxford, WI
53952

SCANNED
JUL 13 2005
U.S. DISTRICT COURT ST. PAUL

RECEIVED
JUL 12 2005
U.S. COURT OF APPEALS
EIGHTH CIRCUIT-ST. PAUL, MN

RECEIVED
JUL 11 2005
U.S. COURT OF APPEALS
EIGHTH CIRCUIT

SCANNED
JUL 13 2005
U.S. DISTRICT COURT ST. PAUL