UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
MINNEAPOLIS DIVISION

RECEIVED
JUL 13 2005
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

To: Michael Gans
Clerk of Court

| | | |
|---|---|---|
| GEORGE ANTHONY GUTIERREZ<br>Movant/Defendant,<br><br>v.<br><br>UNITED STATES OF AMERICA<br>Respondent/Plaintiff. | ) | CRIM. NO. 01-331 ADM/AJB<br>CIVIL NO. 05-855 ADM<br>Application for Certificate of Appealability<br>NOTICE OF APPEAL AND [redacted] "APPLICATION" TO PROCEED IN FORMA PAUPERIS |

---

Notice is hereby given that George Anthony Gutierrez, Movant/Petitioner above named, hereby appeals to the United States Court of Appeals to the Eigth Circuit from the Entry of Judgement and/or Order by the District Court entered in the above action June 23, 2005.

Respectfully Submitted,

George Anthony Gutierrez
George Anthony Gutierrez
Federal Correctional Institution
Regulation No. 43840-080
P.O. Box 1000
Oxford Wisconsin 53952

RECEIVED
JUL 13 2005
U.S. COURT OF APPEALS
EIGHTH CIRCUIT-ST. PAUL, MN

Subscribed and sworn before me on this 5TH day of July 2005
Inthe County of Adams
State of Wisconsin

Kurt A. Caan
Notary Public

My Commission expires on FEB. 11 of 2007.

SCANNED
JUL 13 2005
U.S. DISTRICT COURT ST. PAUL

RECEIVED
JUL 12 2005
U.S. COURT OF APPEALS
EIGHTH CIRCUIT