RECEIVED
AUG 15 2005
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

To: Mr. Richard D. Sletten, Clerk
Ms. Leah E. Gilgenbach, Deputy Clerk

August 6, 2005

| | | |
|---|---|---|
| George Anthony Gutierrez, | ) | Criminal No. 01-331 (ADM/AJB) |
| Pro Se Petitioner | ) | No. 05-855 (ADM) |
| | ) | Appeal No. Re#05-3126 |
| | ) | |
| v. | ) | |
| | ) | Motion |
| | ) | |
| United States of America, | ) | |
| Respondant | ) | |

MOTION

I am requesting the court to send to me, Petitioner, "three recordable compact disks with [my] recorded jail telephone conversations from Anoka County Jail" (or transcripts thereof) that include pertinent discusions with my lawyers and my "Case in Chief". These were part of the discovery for my Criminal Case N. 02-219 (ADM/AJB). Included in these conversations were relevant discusions regarding my Criminal Case No. 01-331 (ADM/AJB) and I need them to adequately prepare my defense.

Respectfully Submitted,

George Anthony Gutierrez

George Anthony Gutierrez
Reg. # 43840-080
Federal Correctional Inst.
PO Box 1000
Oxford, WI 53952

SCANNED
AUG 15 2005
U.S. DISTRICT COURT MPLS