U.S. District of MINNESOTA
District court

To Clerk of court
cc; Also to MARY KAY FURCHNER
criminal Docket supervisor

August 18, 2005

U.S. V. GEORGE GUTIERREZ
PROSE petitioner

RECEIVED BY MAIL
AUG 22 2005
CLERK, U.S. DIST. COURT
ST. PAUL, MN

# Motion

To send THREE recordable compact disks and/or TRANSCRIPTS to criminal CUASE NO (02-219 ADM/AJB) To Eighth circuit court of appeals.

SCANNED
AUG 22 2005
U.S. DISTRICT COURT ST. PAUL

## Introduction

To: clerk and/or mary Kay Furchner: I recieved letter dated August 15, 2005 from M.S. MARY KAY FURCHNER stating all TRANSCRIPTS from criminal CUASE NO (01-331 ADM/AJB) WERE SENT to 8th circuit court of Appeals. I was Hoping if you could clarify (first) If my Extadition ~~Hering~~ HEARING TRANSCRIPTS ON OCT 12, 2001 ARE Included In packet THAT WAS sent to 8th circuit court of Appeals (second) In your letter you did not mention? THE THREE RECORDED compact disks of JAIL CONVERSATIONS AT ANOKA JAIL and/or TRANSCRIPTS to criminal CUASE (02-219 ADM). ~~I not knowing~~ 8th circuit Rule's and A IQ of "O" in LAW, ORIGINALLY ASKED you for compact disks and/or TRANSCRIPTS in A MOTION to district clerk of court

But I Believe, I need to clarify for lack of Legal knowledge, I am requesting to send criminal cuase (02-219 ADM) Discovery matieral That Includeds THREE Recordable compact disks and/or Transcripts which are "vital" to my defense appeal, to criminal cuase No (01-331 ADM/AJB) since There is phone conversations with my lawyers pertaining to criminal case (01-331 ADM/AJB) And Both criminal cuases ~~And~~ ARE "Binding and Intertwined" It is my Hope That you will grant my request And send These matierals. Please send to

United states court of appeals
clerk of court Mr. michael E. Gans
for the 8th circuit
Thomas F. Eagleton U.S. courtHouse
111 South 10th STREET Room 24.329
ST Louis, missouri 63102

your Helping in This matter is greatly appreciated

Respectfully,

~~GEORGE Anthony GUTIERREZ~~
RegNo# 43840-080
Federal correctional Inst.
P.O. Box 1000
oxford, WI
53952

P.S. Please send me a memo Back stating you recieved This motion
Thank you