# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 05-3126

George Gutierrez,

Appellant,

v.

United States of America,

Appellee.

01 cr 331 ADM/AJB

Appeal from the United States District Court for the District of Minnesota.

Before ARNOLD, FAGG, and BYE, Circuit Judges

**JUDGMENT**

This appeal comes before the court on appellant's application for a certificate of appealability. The court has carefully reviewed the original file of the district court, and the application for a certificate of appealability is denied. All pending motions are denied. The appeal is dismissed.

(5361-010199)

March 28, 2006

Order Entered at the Direction of the Court:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

SCANNED
JUN 0 5 2006
U.S. DISTRICT COURT MPLS

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans