UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

      Plaintiff,

  v.                                      **ORDER**
                                          Criminal No. 01-331 ADM

George Anthony Gutierrez,

      Defendant.

_____

George Anthony Gutierrez, pro se.
_____

      This matter is before the undersigned United States District Judge for consideration of Defendant George Anthony Gutierrez's Pro Se Motion Pursuant to Rule 60(B)(6) as a Result of Brady, Jencks, Giglio and Rule 16 Constitutional Violation Committed by the Government [Docket No. 212].

      Gutierrez was found guilty by jury verdict on March 21, 2002 on charges of possession with intent to distribute methamphetamine; possession with intent to distribute cocaine; and possession of a firearm in relation to a drug trafficking offense. Verdict [Docket No. 53]. His conviction was upheld by the Eighth Circuit on December 18, 2003, and the United States Supreme Court denied a writ of certiorari on October 4, 2004. United States v. Gutierrez, 351 F.3d 897 (8th Cir. 2003), cert. denied, 125 S. Ct. 36 (2004).

      The present Motion represents yet another attempt by Gutierrez to set aside his conviction after many failed similar motions. See, e.g., Order Denying Motion to Amend Petition to Remand for Jury Trial, Nov. 4, 2016 [Docket No. 202]; Order Denying Motion to Remand for Jury Trial, Oct. 26, 2016 [Docket No. 200]; Mem. Op. & Order, July 8, 2013

[Docket No. 158] (denying relief under Rule 60(b)(3)); Mem. Op. & Order, July 9, 2012 [Docket No. 131] (denying motion to dismiss conviction based on prosecutorial misconduct); Mem. Op. & Order, Nov. 30, 2010 [Docket No. 121] (denying motion to dismiss based on fraud upon the Court); Mem. Op. & Order, June 23, 2005 [Docket No. 107] (denying motion under 28 U.S.C. § 2255). The Motion fails because, among other reasons, it is untimely and procedurally improper.

After a review of all the files and records herein, IT IS HEREBY ORDERED that the Motion [Docket No. 212] is **DENIED**.

BY THE COURT:

s/Ann D. Montgomery
ANN D. MONTGOMERY
U.S. DISTRICT JUDGE

Dated: April 12, 2018.